# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CARL EUGENE NICHOLS § | |
| § | Civil Action No. 4:16-CV-967 |
| v. § | (Judge Schell/Judge Nowak) |
| § | |
| COMMISSIONER, SSA § | |

## MEMORANDUM OPINION AND ORDER

The court, having reviewed Plaintiff's Motion and Brief for Attorney Fees Under the Equal Access to Justice Act (Dkt. #17) and Commissioner's Response to Plaintiff's Motion and Brief for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt. #18), wherein Defendant does not object to the requested fee, but requests the fee be payable to Plaintiff and mailed to Plaintiff's counsel, finds that Plaintiff's Motion is well taken and should be granted as set forth herein. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion (Dkt. #17) is **GRANTED**, and the Commissioner is directed to pay five thousand four hundred twenty-one dollars and sixty cents ($5,421.60) as reasonable attorney's fees and costs payable to Plaintiff, such payment to be mailed to Plaintiff's counsel.

**SIGNED this the 11th day of July, 2018.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE